Decided February 11, 1993

---

O & G INDUSTRIES, INC. *v.* TOWN OF NEW MILFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 29 Conn. App. 783 (AC 11048), is granted, limited to the following issue:

"Under General Statutes § 49-41, does a municipality owe a duty to a subcontractor or material supplier to obtain a payment bond from the general contractor?"

The Supreme Court docket number is SC 14690.

*Robert E. Mansfield,* in support of the petition.

*Linda L. Morkan* and *George C. Hastings,* in opposition.

Decided February 11, 1993

---

SANDRA HALLIDAY *v.* DAW'S CRITICAL CARE REGISTRY, INC., ET AL.

The defendants Darien Convalescent Center and Employers Insurance of Wausau's petition for certification for appeal from the Appellate Court (AC 11770) is denied.

*David C. Davis,* in support of the petition.

Decided February 18, 1993